FILED
2009 Jun-12 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MAMIE MADDOX,** | * |
| **Plaintiff,** | * |
| v | *  CIVIL ACTION NO.: |
| **AMERICA'S SERVICING CO., et al.** | *  CV: 09-CO-1099-w |
| **Defendants.** | * |

### MOTION TO REMAND FOR FAILURE
### TO REMOVE WITHIN 30- DAY TIME LIMIT

Plaintiff moves this Honorable Court to remand this matter to the Circuit Court of Tuscaloosa County, Alabama and as grounds for said motion states the following:

1. That Defendant, America's Servicing Co., was served in the Circuit Court of Tuscaloosa County with a copy of this Complaint on April 4, 2009. See Exhibit A.

2. That the Defendant filed a Notice of Removal with this Court on June 2, 2009.

3. That more than 30 days had elapsed before the Defendant filed its Notice of Removal.

**WHEREFORE,** the Plaintiff requests this Court to remand this matter to the Circuit Court of Tuscaloosa County, Alabama.

Respectfully submitted this the 12th day of June, 2009.

        /s/Dennis Steverson
Dennis Steverson
ASB-8948-T71D
Attorney for Plaintiff
Law Office of Dennis Steverson, LLC
1923 Seventh Street
Tuscaloosa, AL 35401
Telephone: (205) 345-1300
Telefax: (205) 345-1383

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12th, 2009, the foregoing has been served on the following by electronic filing:

Attorney D. Keith Andress
Attorney Catherine Long
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, AL 35203

/s/Dennis Steverson
Dennis Steverson